IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN DIVISION

| | |
|---|---|
| CARL SLUKA, ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| vs. ) | No.: 04 CV 2987 JEI |
| ) | |
| LANDAU UNIFORMS, INC., ) | |
| And John Does 1-50, inclusive, ) | |
| fictitiously named defendants, jointly, ) | |
| severally, and in the alternative, ) | |
| ) | |
| DEFENDANTS. ) | |

## DEFENDANT'S OFFER OF JUDGMENT

Defendant Landau Uniforms, Inc., in accordance with Fed.R.Civ. Pro. 68, hereby makes the following Offer of Judgment:

Landau offers a total of $30,000.00 for resolution of all of Plaintiff's outstanding claims (age discrimination, bonuses, and commissions). Landau requests a response to this Offer within ten (10) days, as provided in Fed. R. Civ. Pro. 68.

Respectfully submitted,

GERMAN, GALLGHER & MURTAGH

BY:_____
John P. Shusted

WEINTRAUB, STOCK & GRISHAM, P.C.

By:_____
Jeff Weintraub (TN Bar # 9686)
1715 Aaron Brenner Dr. – Suite 512
Memphis, TN 38120
(901) 526-0431 (telephone)
(901) 526-8183 (facsimile)

:366458-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN DIVISION

| | |
|---|---|
| CARL SLUKA,<br><br>Plaintiff,<br><br>vs.<br><br>LANDAU UNIFORMS, INC., and John Does 1-50, inclusive, fictitiously named defendants, jointly, severally and in the alternative,<br><br>Defendants. | HON. JOSEPH E. IRENAS<br><br>DOCKET NO. 04-CV-2987 JEI |

## PLAINTIFF'S ACCEPTANCE OF OFFER OF JUDGMENT

Plaintiff, Carl Sluka, hereby accepts Defendant, Landau Uniforms, Inc.'s Offer of Judgment in this case.

Law Offices of William B. Hildebrand L.L.C.

Dated: 2/28/06   By: _____

William B. Hildebrand

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN DIVISION

| | |
|---|---|
| CARL SLUKA, ) | |
| ) | |
| vs. ) | No.: 04 CV 2987 JEI |
| ) | |
| LANDAU UNIFORMS, INC., ) | |
| And John Does 1-50, inclusive, ) | |
| fictitiously named defendants, jointly, ) | |
| severally, and in the alternative, ) | |
| ) | PROOF OF MAILING |

The undersigned certifies that Defendant, Landau Uniforms, Inc.'s, Offer of Judgment has been filed electronically and is available for viewing and downloading from the Court's Electronic Case Filing System. I further certify that a true and correct copy of Defendant's Offer of Judgment was served upon counsel listed below by United States First Class Mail and facsimile, postage pre-paid on March 1, 2006, and addressed as follows:

William B. Hildebrand, Esquire
Law Offices of William B. Hildebrand
1040 North Kings Highway, Suite 601
Cherry Hill, NJ  08034-1922

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*Nina M. Koch* (signature)
Nina M. Koch

Date: March 1, 2006

:366458-1

2